[No. 66016-1-I.    Division One.    March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES CLARKE KEENEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00225-8, Jeffrey M. Ramsdell, J., entered September 10, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 66047-1-I.    Division One.    March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDI MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00111-4, Dave Needy, J., entered September 23, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Ellington, JJ.

[No. 66069-1-I.    Division One.    March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NESTER OVIDIO-MEJIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03010-0, Laura Gene Middaugh, J., entered September 28, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Spearman, JJ.

[No. 66117-5-I.    Division One.    March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN LEE HAYNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04355-8, Beth M. Andrus, J., entered September 27, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.